JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BARLOW RESPIRATORY HOSPITAL, | Case No.: 2:15-CV-8411-RGK-PLA |
|---|---|
| vs. | **[PROPOSED] JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT** |
| CIGNA HEALTHCARE OF CALIFORNIA, INC., et al. | JUDGE:   Hon. R. Gary Klausner<br>TRIAL: November 8th, 2016 |

# [PROPOSED] JUDGMENT

For good cause shown, the court hereby judges and decrees:

1. The first and second causes of action in the Complaint by plaintiff and counter-defendant Barlow Respiratory Hospital and the first counterclaim in the Counterclaim by defendant and counter-claimant Cigna Health and Life Insurance Company are hereby dismissed in accordance with the Order, attached as Exhibit A;

2. A judgment of $68,341.07 is hereby awarded to counter-claimant Cigna Health and Life Insurance Company and against counter-defendant Barlow Respiratory Hospital pursuant to the second and/or third counterclaim for relief;

3. Each party shall bear its own attorney's fees and costs arising from or related to this action.

IT IS SO ORDERED.

Dated: 24 October 2016

*Gary Klausner*

Honorable Gary Klausner
UNITED STATES DISTRICT COURT
JUDGE